# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: **HECTOR F SEDA DIAZ**
**LILLIAN J MELENDEZ CASTILLO**

Bkrtcy. No. 10-06852-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Petition Filing Date: | Jul 30, 2010 | Meeting Date | Sep 02, 2010 | DC Track No. | 2 |
| Days from petition date | 34 | Meeting Time | 8:00 AM | | |
| 910 Days before Petition | 2/1/2008 | ☐ Chapter 13 Plan Date | Aug 26, 2010 Dkt.# 10 | ☐ Amended. | |
| This is debtor(s) 1 Bankruptcy petition. | | Plan Base: | $28,500.00 | | |
| This is the 1 Scheduled Meeting | | Confirmation Hearing Date: | Sep 22, 2010 | Time: | 2:00 PM |

☑ Payment(s) ☐ Received or ☑ Evidence shown at meeting: Ck/MO No. #4356  Date 9/1/10  Amount $475.00  Total Paid In: $0.00

**I. Appearances:**
- ☑ Debtor Present
- ☑ Joint Debtor Present
- ☐ Telephone ☐ Video Conference
- ☑ ID & Soc. OK ☐ Debtor Absent
- ☑ ID & Soc. OK ☐ Joint Debtor Absent
- Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☑ Present ☐ Not Present
- ☐ Substitute attorney: J. Prieto ☐ Pro-se.
- ☐ Creditor(s) present: ☐ None.

**II. Attorneys Fees as per R 2016(b) Statement**  Attorney of record: **JOSE PRIETO CARBALLO***
Total Agreed: $3,000.00  Paid Pre-Petition: $426.00  Outstanding: $2,574.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☐ Under ☑ Above Median Income.  Liquidation Value: $12,433.00
- Commitment Period is ☐ 36 ☑ 60 months.  [§1325(b)(1)(B)] Gen. Unsecured Pool: —
- The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☐ CLOSED ☑ HELD OPEN FOR 15 DAYS
- §341 Meeting Rescheduled for: Submit 1040 PR 2006-2009

**V. Trustee's OBJECTIONS to Confirmation:**
- ☑ FEASIBILITY [§1325(a)(6)] ☑ INSUFFICIENTLY FUNDED ☐ To pay §507 ☑ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

① Both debtors work as professional services. Must submit IRS tax returns

② Trustee to evaluate contrato submitted with Dept. of Agricultura and if any effect over estate.

③ Review Plan + 2016. Atty Fees

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of ___

Date: Sep 02, 2010