## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | Case No.: 10-06852 ESL |
| HECTOR F SEDA DIAZ<br>LILLIAN J MELENDEZ CASTILLO | Chapter 13 |
| Debtor(s) | |

## <u>MOTION TO INFORM AMENDED PLAN</u>

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1.  That today the debtor is filing an amended chapter 13 repayment plan.

2.  That the reason for amendment is to increase the base of the plan.

**WHEREFORE, it is** respectfully requests to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

In San Juan, Puerto Rico this 21st  day of September of 2010.

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo,  Esq.

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:

Case No. <u>10-06852-13</u>

<u>SEDA DIAZ, HECTOR F & MELENDEZ CASTILLO, LILLIAN J</u>
Debtor(s)

Chapter <u>13</u>

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
   ☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: <u>9/21/2010</u>
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$_____475.00_ x_____12_ = $_____5,700.00
$_____505.00_ x_____12_ = $_____6,060.00
$_____535.00_ x_____12_ = $_____6,420.00
$_____565.00_ x_____12_ = $_____6,780.00
$_____595.00_ x_____12_ = $_____7,140.00

TOTAL: $_____32,100.00

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x_____ = $_____

PROPOSED BASE: $_____32,100.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $_____2,574.00

Signed: **/s/ HECTOR F SEDA DIAZ**
    Debtor

**/s/ LILLIAN J MELENDEZ CASTILLO**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $_____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
  # _____ # _____ # _____
  $ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. <u>TOYOTA CREDIT</u> Cr. _____ Cr. _____
  # <u>0400081571</u> # _____ # _____
  $ _____7,600.00 $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
  # _____ # _____ # _____
  $ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
           ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
  # _____ # _____ # _____
  $ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
AILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL PROVIDE INSURANCE TO TOYOTA CREDIT THROUGH EASTERN AMERICAN INSURANCE CO

Attorney for Debtor <u>Jose Prieto</u>

Phone: <u>(787) 607-2066</u>

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

Label Matrix for local noticing
0104-3
Case 10-06852-ESL13
District of Puerto Rico
Old San Juan
Tue Sep 21 11:54:29 AST 2010

COOP A/C GUAYNABO
PO BOX 1299
GUAYNABO, PR 00970-1299

RECOVERY MANAGEMENT SYSTEMS CORP
RAMESH SINGH
25 SE 2ND AVE STE 1120
MIAMI, FL 33131-1605

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

BANK OF AMERICA
P O BOX 15019
WILMINGTON, DE  19886-5019

BPPR
P O BOX 366818
SAN JUAN, PR 00936-6818

CMPR, INC
726 EXCHANE STREET
SUITE 700
BUFFALO, NY 14210-1464

CRESCA CORP
PMB 92 P O BOX 71325
SAN JUAN, PR 00936-8425

EASTERN AMERICA INSURANCE COMPANY
PO BOX 9023862
SAN JUAN, PR 00902-3862

FIA Card Services aka Bank of America
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

FINANCIAL RECOVERY SERVICE, INC
P O BOX 385908
MINNEAPOLIS, MN  55438-5908

FIRST BANK
FIA CARD SERVICES
WILMINGTON, DE  19886-5019

FIRST BANK
PO BOX  9146
SAN JUAN, PR 00908-0146

FIRSTBANK OF PUERTO RICO
BANKRUPTCY DIVISION
P.O. BOX 9146
SAN JUAN, P.R.  00908-0146

GORDONS JEWELERS
P O BOX 653054
DALLAS, TX  75265-3054

Internal Revenue Service
City View Plaza II
48 Carr. 165 Ste 2000
Guaynabo, PR  00968-8000

NATIONAL FITNESS
P O BOX 497
LAYTON, UT 84041-0497

NCO FINANCIAL SYSTEM
P O BOX 192478
SANJUAN, PR  00919-2478

RG PREMIER BANK
P O BOX 2510
GUAYNABO, PR  00970-2510

TCPR-Toyota Credit de Puerto Rico Corporatio
PO BOX 366251
San Juan, Puerto Rico 00936-6251

TOYOTA CREDIT
P O BOX 71410
SAN JUAN, PR  00936-8510

HECTOR F SEDA DIAZ
P O BOX 1483
GUAYNABO, PR 00970-1483

JOSE M PRIETO CARBALLO
JPC LAW OFFICE
PO BOX 363565
SAN JUAN, PR 00936-3565

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

LILLIAN J MELENDEZ CASTILLO
P O BOX 1483
GUAYNABO, PR 00970-1483

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901-1938

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)COOP A/C GUAYNABO              End of Label Matrix
P O BOX 1299                     Mailable recipients     25
GUAYNABO, PR 00970-1299          Bypassed recipients      1
                                 Total                   26
```